JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH MARINOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>REV GROUP, INC., TIMOTHY SULLIVAN, and DEAN NOLDEN,<br><br>          Defendants. | Case No. 2:18-CV-05095-SJO-SS<br><br>Assigned to Hon. S. James Otero<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WISCONSIN |

The Court having received and reviewed the parties' Stipulation filed on August 1, 2018 to transfer this action to the U.S. District Court for the Eastern District of Wisconsin, and having transferred the two related cases formerly pending before this Court arising from Defendant REV Group, Inc.'s alleged violations of the federal securities laws in connection with its initial public offering,[1] and good cause appearing:

---

[1] *Rajaram v. REV Group, Inc., et al.*, Civ. No. 2:18-cv-05693-SJO-SS, (filed June 27, 2018) and *Bitar v. REV Group, Inc., et al.*, Civ. No. 2:18-cv-06239-SJO-SS, (filed July 19, 2018).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED** that:

     1.     The Stipulation is **granted**.  The Clerk of Court shall transfer this action to the United States District Court for the Eastern District of Wisconsin.

     IT IS SO ORDERED.

Dated: 8/7/2018 _____

_____

S. Jame Oters

_____

HONORABLE S. JAMES OTERO
United States District Court Judge